```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 17244
    CARLOS A TINOCO
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-6766


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/03/08 .

    2.  The case was dismissed without confirmation, 09/26/2008.

------------------------------------------------------------------------
                                                  INTEREST       PRINCIPAL
CREDITOR NAME                CLASS   CLAIM AMOUNT   PAID           PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00        .00          .00
PRINCIPAL PAID          .00        .00         .00        .00          .00
INTEREST PAID           .00        .00         .00        .00          .00
TOTAL PAID              .00        .00         .00        .00          .00
The Debtor's attorney, SARA J GRAY ESQ             , was allowed $   3500.00
and was paid $   3500.00   direct and $     .00   through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $     .00 .




    Dated: 12/18/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 08 B 17244 CARLOS A TINOCO